AO 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations
            Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| DEANGELO MICHAEL LOVER | Case No.   6:15CR60008-001 |
| | USM No.    08563-010 |
| | Tiffany Fields |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   Standard Conditions 6, 3, 2 & 7   and Special Condition 1 of the term of supervision.

☐   was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Two | Offender failed to notify the probation office of his current address after being evicted from previous residence on 09/14/2015. | 09/25/2015 |
| Three | Offender failed to notify the probation office of his change in employment as he reported on 09/14/2015 employment with Crib Construction via Labor Finders when in actuality he had not been employed with Crib Construction since 07/30/2015, nor Labor Finders since 08/05/2015. | 09/14/2015 |
| Four | Offender failed to be truthful with the probation office when he submitted a Monthly Supervision Report on 08/31/2015 in which he listed his employer as "Crib Construction" because he had not been employed by Crib Construction since 07/30/2015.  Offender was also untruthful when he *(cont'd on pg 2)* | 08/31/2015 |

The defendant is sentenced as provided in pages 2 through   3   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 19, 2015
Date of Imposition of Judgment

/s/ Susan O. Hickey
Signature of Judge

Honorable Susan O. Hickey, United States District Judge
Name and Title of Judge

November 25, 2015
Date

AO 245D　　(Rev. 09/11) Judgment in a Criminal Case for Revocations
　　　　　　Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT:　　　DEANGELO MICHAEL LOVER
CASE NUMBER:　　6:15CR60008-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
|  | *(cont'd)* told the probation officer on 09/14/2015 that he was employed by Crib Construction and that he still resided at 718 South Street when he was evicted that same day. |  |
| Five | Offender signed an admission form on 12/29/2014 reporting the use of marijuana on or about 12/25/2014. | 12/29/2014 |
| Six | Offender failed to report for substance abuse testing as required on the following dates: 01/28/2015 and 07/31/2015. | 07/31/2015 |

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page __3__ of __3__

DEFENDANT:        DEANGELO MICHAEL LOVER
CASE NUMBER:      6:15CR60008-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :     twelve (12) months with credit for time served in federal custody.  No supervised release to follow.

X    The court makes the following recommendations to the Bureau of Prisons:
     The Court recommends the defendant be designated to FCI Forrest City for service of his sentence.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:
     ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .
     ☐  as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     ☐  before 2 p.m. on _____ .
     ☐  as notified by the United States Marshal.
     ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL